IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUSSELL T. WEST,             :    CIVIL ACTION
          Petitioner         :
                             :
     VS.                     :
                             :
JOHN KERESTES, et al         :
          Respondents        :    NO. 09-2400

## ORDER

JOHN P. FULLAM, J.

AND NOW, this 24th day of September, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
JOHN P. FULLAM, J.

FILED SEP 24 2009

ENTERED
SEP 24 2009
CLERK OF COURT